

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00550-CR

| | | |
|---|---|---|
| Elpidio Molina a/k/a Pedro Gonzalez Aguilar | § | From Criminal District Court No. 4 |
| | § | of Tarrant County (1252568D) |
| v. | § | February 20, 2014 |
| | § | Opinion by Justice Dauphinot |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot